MINUTE ENTRY          8:00 a.m.

XING HAO CUI, et al -vs- CHARLES INGRAM, et al

PRESENT: Hon, Alex R. Munson, Chief Judge Presiding
  Sanae Shmull, Court Reporter
  K. Lynn Lemieux, Courtroom Deputy

PROCEEDINGS: Jury Orientation

60 jurors were summoned. 51 jurors appeared for orientation and jury selection. Prior to orientation, 2 jurors were excused by the Court, 2 jurors were off-island and not available; 5 jurors did not respond. After remarks from the Court and requests for excuse were entertained; a computerized random selection was performed and Panel 40601 was created with a total of 50 jurors.

Court recessed at 11:20 a.m. and ordered that the 50 jurors, whose names were announced, return to the Courtroom at 2:00 p.m. to begin jury selection for the trial.

At 2:30 p.m. court reconvened.

PRESENT: Hon, Alex R. Munson, Chief Judge Presiding
  Sanae Shmull, Court Reporter
  K. Lynn Lemieux, Courtroom Deputy
  Anthony Long, Attorney for Plaintiff
  Benjamin Sachs, Attorney for Defendants
  Joseph Taijeron, Attorney for Defendants

PROCEEDING:   Jury Trial - Day One

Attorney Anthony Long was present on behalf and with Plaintiffs. Attorney Benjamin Sachs and Attorney Joseph Taijeron were present on behalf and with Defendants. 50 potential jurors were present.

Voir dire and jury selection commenced.

At 5:00 p.m. 6 regular jurors and 2 alternates were empaneled: 1)Attao, Ina;  2) Cabrera, Isidro; 3) Reyes, Garren; 4) Acera, Luis; 5) Camacho, Rosemary; 6) Manglona, Vernon; Alternate One - Cabrera, Shaun; Alternate Two - Prator, Wendi.

All other potential jurors in the Courtroom were thanked and excused.

Court excused the jurors for the evening at 5:03 p.m. and jurors were admonished not to talk with anyone regarding the case. Jurors were ordered to return to the Court at 9:00 a.m. to continue with the trial.

        Adjourned 5:05 p.m.
;    [KLL EOD 06/14/2004]