MINUTE ENTRY            9:00 a.m.

Xing Hao Cui, etal -vs- Charles Ingram, et al

PRESENT: Hon., Alex R. Munson, Chief Judge Presiding
  Sanae Shmull, Court Reporter
  K. Lynn Lemieux, Courtroom Deputy
  G. Anthony Long, Attorney for Plaintiffs
  Benjamin Sachs, Attorney for Defendants
  Joseph Taijeron, Attorney for Defendants

PROCEEDINGS: Day Two - Jury Trial (Settlement Hearing)

Attorney G. Anthony Long was present on behalf of the Plaintiffs. Attorneys Benjamin Sachs and Joseph Taijeron appeared with and for Defendants. 6 regular jurors and 2 alternates were present.

Out of the presence of the jury, the Court announced that a settlement in this case had been reached and stated, for the record, all of the terms of the settlement agreement. Court ordered Defense file the settlement documents with this court no later than Friday, June 18, 2004 at 3:30 p.m.

The jurors were brought into the Courtroom at 9:10 a.m. and told that the case had been settled and that the jury trial was over. The jurors were thanked for their service and excused.

Attorney G. Anthony Long moved to dismiss the case. Court so ordered.

    Adjourned at 9:15 a.m.


;    [KLL EOD 06/15/2004]